IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $19,725.00 U.S. CURRENCY SEIZED ON OCTOBER 24, 2017, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) | |
| | ) | |
| Defendant. | ) | **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Henry F. DeBaggis, Assistant U.S. Attorney, and files this Complaint in Forfeiture, respectfully alleging, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, as follows:

**JURISDICTION AND INTRODUCTION**

1. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C. Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. Section 881(a)(6).

2. This Court has *in rem* jurisdiction over the defendant currency: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395,

because the action accrued in this district. This Court will have control over the defendant currency through service of an arrest warrant *in rem*, which U.S. Customs and Border Protection will execute upon the defendant currency. *See*, Supplemental Rules G(3)(b) and G(3)(c).

3. Venue is proper in this district: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1395 because the action accrued in this district.

4. On October 24, 2017, the defendant $19,725.00 in U.S. Currency was seized from William Ruiz, III at the Cleveland Hopkins International Airport. The seizure was made pursuant to a Homeland Security Investigations (HSI) / Cleveland Police Department (CPD) investigation. The defendant currency is now in the custody of the federal government.

5. Subsequent to the seizure, U.S. Customs and Border Protection (CBP) commenced an administrative forfeiture proceeding against the defendant currency. A claim to the defendant currency was submitted by William Ruiz, III in the administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

6. The defendant $19,725.00 in U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

**FORFEITURE**

7. On October 24, 2017, William Ruiz, III arrived at Cleveland Hopkins International Airport for a Spirit Airlines flight with a final destination of Los Angeles,

2

California and he walked to a Transportation Security Administration (TSA) area designated as a security checkpoint for administrative screening.

8. During the TSA security screening of Ruiz's carry-on bag, TSA officers identified large bulk masses inside the carry-on bag, which upon further inspection were found to be U.S. Currency inside pants' pockets and wrapped in clothing throughout the bag.

9. TSA officers then coordinated with HSI agents and inside Ruiz's carry-on bag agents identified medical marijuana documentation from the State of California.

10. Subsequently, law enforcement inspected the one piece of luggage checked by Ruiz, which was a high-end, airtight, water-resistant Pelican brand gun carrying case, which was modified by removal of the interior protective foam, which increased the interior area of the carrying case. Upon inspection, the carrying case was found to be empty but contained marijuana residue/shake.

11. During an interview at the airport with HSI agents, Ruiz gave vague, incomplete and inconsistent statements about the source(s) of the currency.

12. During the airport interview, Ruiz claimed the currency was revenue from his real estate business W&W Housing, LLC and that he was flying to California for business; however, he could not identify the business property in California, he could not explain why he had a one-way ticket and although he said he planned to visit a friend in California, he did not know his friend's last name or telephone number.

13. A state law enforcement narcotics canine alerted to the presence of narcotics on the $19,725.00 in U.S. Currency.

14. The U.S. currency found in Ruiz's carry-on bag was seized as illegal narcotics proceeds. The total amount of U.S. currency seized was $19,725.00 and is the defendant currency in the instant case.

15. The breakdown of the defendant $19,725.00 was as follows: 60 ($100) bills, 69 ($50) bills, 509 ($20) bills, 9 ($10) bills and 1 ($5) bill.

16. Prior to his attempted travel to Los Angeles with the $19,725.00 in U.S. Currency, on July 5, 2017, William Ruiz, III brought a sealed parcel containing approximately 2.3 kilograms of marijuana to the U.S. Post Office located at 9029 Airport Boulevard, Los Angeles, California and paid cash to have the marijuana shipped to a residence in Cleveland, Ohio. Subsequently, Ruiz was indicted for a felony violation in California relating to this attempted interstate shipment of a controlled substance, he failed to appear in court and a warrant was issued for his arrest on December 3, 2018.

17. On May 12, 2019, law enforcement executed a search warrant at William Ruiz, III's residence at XXXX West 50th Street, Cleveland, Ohio and seized 12 handguns, rifles, bump stock, ammunition, a marijuana scale with residue, over 200 THC cartridges, THC compressed oil "dabs/butter," $13,775.00 in U.S. Currency, multiple cell phones, body armor, a quarter pound of marijuana in a vacuum sealed bag from the sidewalk outside the residence and surveillance cameras inside and outside the residence.

18. On May 13, 2019, law enforcement talked to William Ruiz, III at Metro Hospital in Cleveland, Ohio, where he was recovering from a gunshot wound he suffered on May 11, 2019, during a drug robbery at his residence and Ruiz told law enforcement that he "occasionally sells marijuana."

19. On December 30, 2019, Claimant William Ruiz, III was indicted in the Cuyahoga County Court of Common Pleas in Case Number 646685-19-CR and charged with Drug Trafficking of more than fifty grams but less than two hundred fifty grams of hashish in a solid form with a Firearm Specification and with a Forfeiture of Money in a Drug Case Specification relative to the $13,775.00 in U.S. Currency seized at Ruiz's residence on May 12, 2019.

## CONCLUSION

20. By reason of the foregoing, the defendant $19,725.00 in U.S. Currency is subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) in that it constitutes proceeds from illegal drug trafficking activities, and/or was used - or was intended to be used - in exchange for illegal controlled substances, and/or was used - or was intended to be used - to facilitate illegal drug trafficking activities.

WHEREFORE, plaintiff, the United States of America, requests that this Court enter judgment condemning the defendant currency and forfeiting it to the United States, and providing that the defendant currency be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
United States Attorney
Northern District of Ohio

By: /s/ Henry F. DeBaggis

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3749 / Fax: 216.522.7499
Henry.DeBaggis@usdoj.gov

## VERIFICATION

STATE OF OHIO         )
                      ) SS.
COUNTY OF CUYAHOGA )

I, Henry F. DeBaggis, under penalty of perjury, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the within entitled action. The foregoing Complaint in Forfeiture is based upon information officially provided to me and, to my knowledge and belief, is true and correct.

_____
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney

Sworn to and subscribed in my presence this  22  day of January, 2020.

DIANE SCHNEIDER
NOTARY PUBLIC
STATE OF OHIO
COMM. EXPIRES
3-9-2022
RECORDED IN
CUYAHOGA COUNTY

_____
Notary Public

6

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Hnery F. DeBaggis, Assistant U.S. Attorney
801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113
216-622-3749

## DEFENDANTS
$19,725.00 U.S. Currency

County of Residence of First Listed Defendant: Cuyahoga County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Solomon S. Abady / Abady Law Firm, P.C.
1185 Avenue of the Americas, Floor 3
New York, NY 10036  212-202-0542

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Civil Forfeiture Action pursuant to 21 USC 881

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 01/22/2020
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**I.** Civil Categories: (Please check <u>one category only</u>).

1. [✓] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.** **RELATED OR REFILED CASES**. See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: [ ] is **RELATED** to another **PENDING** civil case [ ] is a **REFILED** case [ ] was **PREVIOUSLY REMANDED**

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.** In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1) **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county
**COUNTY:** Cuyahoga

<u>Corporation</u> **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2) **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
**COUNTY:**

(3) **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
**COUNTY:**

**IV.** The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✓] CLEVELAND (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $19,725.00 U.S. CURRENCY SEIZED ON OCTOBER 24, 2017, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) ) | |
| Defendant. | ) | PRAECIPE |

Please issue a Warrant of Arrest in Rem on the Defendant $19,725.00 in U.S. Currency to the Customs and Border Protection on behalf of the United States Attorney's Office.

Respectfully submitted,

Justin E. Herdman
United States Attorney

By: *[signature]*

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
801 West Superior Avenue
Suite 400
Cleveland, OH 44113-1852
Tel. (216) 622-3749
Fax. (216) 522-7499
Henry.DeBaggis@usdoj.gov

# United States District Court

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO: CUSTOMS AND BORDER PROTECTION, AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, on  01/22/2020  a  Complaint in Forfeiture  was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States, against:

$19,725.00 U.S. Currency (CATS ID# 18-CBP-000611)

and WHEREAS, the defendant properties are currently in the possession, custody or control of the United States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of the Court to issue a warrant of arrest *in rem* for the arrest of the defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions provides that the warrant of arrest *in rem* must be delivered to a person or organization authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the custodian in whose possession, custody or control the properties are presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE | CLERK |
|  | (BY) DEPUTY CLERK |

Returnable  -60-  days after issue.

### U.S. Customs and Border Protection

| DISTRICT | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| PRINTED NAME | SIGNATURE | |



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF**<br>United States of America | **COURT CASE NUMBER** |
| **DEFENDANT**<br>$19,725.00 in U.S. Currency | **TYPE OF PROCESS**<br>Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
$19,725.00 in U.S. Currency

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Henry F. DeBaggis, Assistant United States Attorney<br>Office of the United States Attorney<br>801 W. Superior Avenue, 400 United States Courthouse<br>Cleveland, Ohio 44113 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>216-622-3749 | DATE<br>01/22/2020 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE | TIME OF SERVICE | ☐ AM<br>☐ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY | | |

**REMARKS:**

TD F 90-22.48 (6/96)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $19,725.00 U.S. CURRENCY SEIZED ON OCTOBER 24, 2017, BY HOMELAND SECURITY INVESTIGATIONS, | ) ) ) | |
| | ) | |
| Defendant. | ) | NOTICE |

Party-in-Interest:    William Ruiz
c/o Solomon S. Abady
Abady Law Firm, P.C.
1185 Avenue of the Americas, Floor 3
New York, NY 10036

The above-captioned forfeiture action was filed in U.S. District Court on January 22, 2020. A copy of the complaint is attached. If you claim an interest in any of the defendant property, the following applies.

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, you are required to file with the Court, and serve upon Henry F. DeBaggis, plaintiff's attorney, whose address is United States Attorney's Office; United States Court House; 801 West Superior Avenue, Suite 400; Cleveland, Ohio 44113, a verified claim to the defendant property within thirty-five (35) days after your receipt of the complaint. Said claim shall contain the information required by Rule G(5) of the said Supplemental Rules. Additionally, you must file and serve an answer to the complaint or a motion under Rule 12 of the Civil Rules

of Procedure, within twenty (20) days after the filing of the claim, exclusive of the date of filing. If you fail to do so, judgment by default will be taken for the relief demanded in the complaint.

Respectfully submitted,

Justin E. Herdman
United States Attorney

By: /s/ Henry F. DeBaggis

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
801 West Superior Avenue
Suite 400
Cleveland, OH 44113-1852
Tel. (216) 622-3749
Fax. (216) 522-7499
Henry.DeBaggis@usdoj.gov